**JS-6**

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

MELANNIE RANGEL CARRILLO,

Petitioner,

v.

MARKWAYNE MULLIN, et al.,

Respondents.

CASE NO. 5:26-cv-05229-SK

**JUDGMENT**

In accordance with the Court's Order Granting Unopposed Habeas Petition, IT IS ADJUDGED that the petition for a writ of habeas corpus under 28 U.S.C. § 2241 is granted in Petitioner's favor. MELANNIE RANGEL CARRILLO (A# 221-462-351) shall be RELEASED from ICE custody forthwith under an official written document, as required by agency regulations, providing notice of the terms and conditions of release and of the exclusive procedures by which release may be revoked.

DATED: September 18, 2026

STEVE KIM
United States Magistrate Judge